UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

G.R., ET AL.,

               Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

               Defendant.

23-cv-3948 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by September 26, 2023.

SO ORDERED.

Dated:    New York, New York
             September 12, 2023

                                              _____
                                                   John G. Koeltl
                                             United States District Judge