UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.R., et al.,<br><br>         Plaintiff(s),<br><br>    v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>         Defendant(s). | 23-CV-3948 (DEH)<br><br>**NOTICE OF REASSIGNMENT AND ORDER** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Additionally, counsel are ORDERED to submit a joint letter regarding the status of settlement discussions no later than **November 9, 2023**. The pretrial conference currently set for November 16, 2023 at 2:30 p.m. will now be held on **November 16, 2023 at <u>10:00</u> a.m.** All parties are instructed to enter the teleconference room by dialing the following number: (646) 453-4442. Parties shall enter the access code 618 279 270, followed by the pound (#) key. Unless and until the Court orders otherwise, all other prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

  If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php. Requests for extensions or adjournment may be made only by letter-motion filed on ECF, and must be received at least two business days before the deadline or scheduled appearance, absent compelling circumstances. The written

submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                        DALE E. HO
                             United States District Judge