



AUBURN OFFICE

ANDREW CUDDY
MANAGING ATTORNEY
ACUDDY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2404

KEVIN MENDILLO
ASSOCIATE ATTORNEY
KMENDILLO@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2408

November 13, 2023

**VIA ECF**
Hon. Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: G.R.. v. New York City Dept. of Educ.., 23-cv-3948(DEH)
     Status Letter to Court

Dear Judge Ho:

  I am attorney for the Plaintiffs in the above-referenced matter, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this instant action.

  This letter is submitted in accordance with the Court's order dated October 16, 2023 (ECF 15), which directed the parties to submit a joint letter apprising the Court on the settlement status by November 9, 2023, and also scheduling a pretrial conference for November 16, 2023.

  The parties submitted a joint letter advising the Court of the settlement status by way of letter dated November 7, 2023 (ECF 16). The parties also submitted a Rule 26(f) report to the Court on October 6, 2023 (ECF 14). The parties now write jointly in order to request that the pretrial conference scheduled for November 16, 2023, be adjourned *sine die*. This is an action solely for attorneys' fees and the parties agree that no discovery is necessary. Accordingly, the parties agree that a pretrial conference is unnecessary and would unduly burden the Court.

  In lieu of a pretrial conference, the parties propose the following briefing schedule for the Plaintiff's motion for attorneys' fees, costs, and expenses:

   Plaintiff's Motion: January 5, 2024;

   Defendant's Response: January 23, 2024; and

   Plaintiff's Reply: February 2, 2024.

Thank you for your consideration.

Respectfully submitted,

*s/ Kevin M. Mendillo*
Kevin M. Mendillo
*Attorneys for Plaintiffs*

cc: Martha Nimmer, *Counsel for Defendant* (via ECF)

Application GRANTED. The conference scheduled for November 16, 2023, at 10:00 a.m. (E.T.) is hereby ADJOURNED. The parties are ordered to adhere to the briefing schedule outlined above.

The Clerk of Court is respectfully requested to close the open motion at ECF No. 17.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: November 14, 2023
New York, New York