UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

G.R., individually and on behalf of
J.R., a child with a disability,

                Plaintiff,                **JUDGMENT**

  -against-

                                            Case No. 23-cv-3948-DEH

NEW YORK CITY
DEPARTMENT OF EDUCATION,

                Defendant.

---

    It is hereby ORDERED, ADJUDGED, AND DECREED, that for the reasons set forth in the Court's Opinion and Order, dated July 25, 2024, granting in part and denying in part Plaintiff's motion for attorneys' fees, Plaintiff is entitled to attorneys' fees and costs in the total amount of **$15,925.75**, plus post-judgment interest thereupon at the applicable statutory rate.

SO ORDERED.

Dated: August 13, 2024
      New York, New York                HONORABLE DALE E. HO
                                                UNITED STATES DISTRICT JUDGE